```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------

NELSON LIN,

           Plaintiff,

   - against -

JONATHAN H. SHIM, ET AL.,

           Defendants.

25-cv-1367 (JGK)

ORDER

--------------------------------------

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendant Manhattan Psychology Group, P.C. to answer was March 17, 2025. To date, Manhattan Psychology Group, P.C. has not filed an answer.

The plaintiff will file a second amended complaint by April 8, 2025. Accordingly, the time for Manhattan Psychology Group, P.C. to answer or move with respect to the second amended complaint is **April 29, 2025**. The plaintiff shall respond to any motion to dismiss by **May 20, 2025**. Defendant Manhattan Psychology Group, P.C. may reply by **May 30, 2025**.

The plaintiff should serve a copy of this Order on defendant Manhattan Psychology Group, P.C. and file proof of service of the docket by **April 9, 2025**.

SO ORDERED.

Dated:   New York, New York
         April 2, 2025

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                                  United States District Judge