UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NELSON LIN,                                          25-cv-1367 (JGK)

                    Plaintiff,                       ORDER

          - against -

JONATHAN H. SHIM, ET AL.,

                    Defendants.

_____

JOHN G. KOELTL, District Judge:

     The plaintiff and the Office of the New York State Attorney

General are directed to appear, by phone, for a conference on

**Wednesday, April 23, 2025, at 11:30 a.m.,** to discuss the issue

of service on Judge Shim in his individual capacity.

     Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:     New York, New York
           April 14, 2025
                                        _____
                                            John G. Koeltl
                                     United States District Judge