```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NELSON LIN,                                          25-cv-1367 (JGK)

        Plaintiff,                           ORDER

- against -

JONATHAN H. SHIM, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

The plaintiff and counsel for defendant Marx Rivera are directed to appear, by phone, for a conference on **Friday, May 9, at 2:30 p.m.**, to discuss service of process.

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:  New York, New York
       May 8, 2025

                                        John G. Koeltl
                                 United States District Judge