```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

NELSON LIN,

            Plaintiff,　　　　　　　25-cv-1367 (JGK)

    - against -　　　　　　　　　　ORDER

JONATHAN H. SHIM, ET AL.,

            Defendants.

------------------------------------------------------

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, defendant Marx Rivera, by counsel, has accepted service of the summons and the Second Amended Complaint. Therefore, the motion by defendant Marx Rivera to dismiss the Second Amended Complaint for insufficient service is **denied** as moot. The remainder of defendant Marx Rivera's motion to dismiss (ECF No. 104) remains pending. The plaintiff's response to defendant Marx Rivera's motion to dismiss is due **May 20, 2025**. Defendant Rivera may reply by **May 30, 2025**.

    The Clerk is respectfully requested to close ECF Nos. 116 and 119.

SO ORDERED.

Dated:    New York, New York
           May 9, 2025

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                        United States District Judge