UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NELSON LIN,

                    Plaintiff,                    25-cv-1367 (JGK)

        - against -                               ORDER

THE HONORABLE JONATHAN H. SHIM, ET
AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to update the Court about the

status of the state-court litigation by **Friday, February 13,**

**2026.**

SO ORDERED.
Dated:    New York, New York
          February 10, 2026

                                        _____
                                            John G. Koeltl
                                        United States District Judge