**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

 NELSON LIN,

                            Plaintiff,

        -against-                                     25 **CIVIL** 1367 (JGK)

                                                    **JUDGMENT**

THE HONORABLE JONATHAN H. SHIM, ET
AL.,

                            Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 6, 2026, the defendants' motions to dismiss are GRANTED.  Judgment is entered dismissing this action without prejudice for lack of subject-matter jurisdiction.

**Dated:** New York, New York

       March 9, 2026

                                        **TAMMI M. HELLWIG**

                                            **Clerk of Court**

                **BY:**

                                            **Deputy Clerk**